UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| QUONTASHA LEACH, on behalf and as parent, natural guardian and next friend of S.P. and S.P., both minor children and natural heirs at law of STEVEN D. PERKINS, deceased,<br><br>    Plaintiffs,<br><br>McLANE FOODSERVICE, INC.,<br><br>    Intervening Plaintiff,<br><br>v.<br><br>BIG M TRANSPORTATION, INC., LADARRIUS MONTEZ ECHOLES, and TORRY STEVENSON,<br><br>    Defendants. | Case No. 1:15-cv-176-CLC-SKL |
| TORRY STEVENSON,<br><br>    Plaintiff,<br><br>v.<br><br>BEATRICE HOLLANQUEST, Administrator for the Estate of Steven Deon Perkins, Sr., TRANSCO INC., and PENSKE LEASING AND RENTAL COMPANY,<br><br>    Defendants. | Case No. 1:15-cv-200-CLC-SKL |

## **ORDER**

On October 25, 2016, a motion for a hearing for minor settlement approval and to order filing of settlement pleadings underseal to approve the minor settlement was filed in these

consolidated cases by Plaintiff Quontasha Leach on behalf and as parent, natural guardian and as next friend of Saqvara Perkins and Steven D. Perkins, both minor children and natural heirs at law of Steven D. Perkins, deceased, ("Leach Case") stating that a global settlement of all claims between and among the parties had been reached [Doc. 63]. The motion requests a ruling that the "Parties be ordered to file all settlement related pleadings and evidentiary submissions supporting the same under seal" since the beneficiaries and heirs of the estate (Leach Case) are minors.

The Court draws the parties' attention to the appropriate procedure for submitting confidential documents to the Court, which must comply with Local Rule 26.2 and Paragraph 12.2 of the Electronic Case Filing Rules and Procedures of the United States District Court for the Eastern District of Tennessee. The parties **SHALL** comply with the procedures for proposing the filing of documents under seal as noted.

Once the settlement documentation is filed as a proposed sealed document(s), the Court will set a hearing with respect to the minor settlement. Counsel are instructed to contact Krista Starnes, at the Chambers of the undersigned, to provide information for scheduling of the hearing with respect to the minor settlement.

SO ORDERED.

ENTER:

                                                s/ *Susan K. Lee*
                                                SUSAN K. LEE
                                                UNITED STATES MAGISTRATE JUDGE